■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v MARTIN STEIN et al., Respondents.—Appeal by the People from an order of the Supreme Court, Kings County, entered September 15, 1978, which dismissed the indictment in the interest of "calendar control". Order reversed, on the law, and indictment reinstated, without prejudice to defendants' right to

move to dismiss the indictment pursuant to CPL 210.20. No findings of fact have been considered (see *People v Pierce,* 54 AD2d 766; *People v Pichkur,* 52 AD2d 852). Rabin, J. P., Gulotta, Martuscello and Mangano, JJ., concur.